Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-11-00520-CV

In the **INTEREST OF H.A.R.** and L.A.R., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-03518
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  October 5, 2011

DISMISSED

When this appeal was filed, appellant Karim Abdul Raheem was required to pay a $175.00 filing fee. *See* TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a) (West 2005); *id.* §§ 51.208, 51.0051 (West Supp. 2010); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 07-9138, Aug. 28, 2007)§ B.1.(a). Appellant did not pay the required filing fee; accordingly, the clerk of this court notified appellant by letter on July 22, 2011, that his notice of appeal was conditionally filed and the filing fee was due no later than August 5, 2011. On August 25, 2011, when the fee remained unpaid, this court ordered that appellant must, not later than September 16, 2011, either (1) pay

the applicable filing fee or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised appellant that if he failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid, and appellant has not otherwise responded to our August 25, 2011, order. We therefore dismiss this appeal for want of prosecution.

PER CURIAM